# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>MICHAEL DITTMAN )<br>)<br>Defendant(s) ) | 08CR1975-JAH<br>CRIMINAL NO. 08mj1739<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

JUAN CARLOS LOPEZ-SANTIAGO

DATED: 6/17/8

_____
**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082